**MEMO ENDORSED**

# IRVING COHEN
### ATTORNEY AT LAW

(212) 964-2544
FAX (212) 732-1339
ICOHENLAW@MSN.COM


RECEIVED JUL 16 2010 CHAMBERS OF JUDGE GRIESA

233 BROADWAY
SUITE 2701
NEW YORK, N.Y. 10279

July 14, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-16-10

Honorable Thomas Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                               **Re: United States v. Salvatore Guarino**
                               **10 CRIM 476 (TPG)**

Dear Judge Griesa:

      The Government and the Defendant have agreed to extend the time for Mr. Guarino to meet the conditions of his personal recognizance bond to August 20, 2010.

                                       Very truly yours,

                                       IRVING COHEN

cc:    John Zach, Esq.
         Assistant U.S. Attorney

Approved
7-16-10.

*Thomas P. Griesa*
Thomas P. Griesa
U.S.D.J.

Z:\irving\C09997\SALVATORE GUARINO LTR EXTEND.wpd