

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☑ The Modification of the Conditions of Supervised Release, to include;

The defendant shall pay restitution in the amount of $400,000, payable at a rate of 10% of his gross monthly earnings

☐ Modification of Conditions Denied

☐ Other:

_____
Signature of Judicial Officer

July 12, 2016
Date

PROB 12B
(4/15)