**MATHEW J. MARI**
ATTORNEY AT LAW
—
30 WALL STREET - 8TH FLOOR
NEW YORK, NEW YORK 10005
DIRECT: (212) 227-5335 • OFFICE: (212) 804-5737
FAX: (718) 836-2518 • mjmesq@aol.com

July 31, 2018

Honorable Ronnie Abrams
Thurgood Marshall Courthouse
Courtroom 1506
40 Foley Square
New York, New York   10007

    Re:    Anthony Guarino
          Case Number: 10-CR-476 (RA)

Dear Judge Abrams,

    I write this letter with respect to my client Anthony Guarino. It is my understanding that the Hon. Judge Thomas P. Griesa has passed away and this case has been reassigned to you. Mr. Guarino was sentenced by Judge Griesa to a period of incarceration followed by probation.

    My client's wife Judy Guarino is planning to visit her son (who is getting married on August 8th, 2018) and grandchildren in Belgium on the first week of August 2018 and returning home the last week of August 2018. Judy's health is an issue as she has recently undergone chemotherapy and is currently undergoing radiation therapy for numerous health issues. It is my client's request that he be able to join his wife to see his step-grandchildren and stepson from August 11-21, 2018 in Belgium and possibly other locations in Europe.

    My co-counsel, Matthew Rosenbloom, has spoken to Mr. Guarino's probation officers John Lanagan and he has no objection to Anthony Guarino making this trip. Mr. Lanagan's Office telephone number is: 347-534-3400 and his cell number is: 347-760-9119. If Your Honor approves this trip, Mr. Guarino will keep Probation Officer Lanagan informed of all details, including airline arrangements and living arrangements as he makes them.

    Therefore, it is my request that Mr. Guarino be permitted to go to Belgium and other areas approved by the probation officer from the August 11-21, 2018.

                                                       Respectfully yours,

                                                     /s/*Mathew J. Mari*
                                                     Mathew J. Mari